UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TONY L. ROGERS,<br><br>               Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>               Defendant. | Case No. 3:18-cv-00475-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal filed by the parties in the instant case (Dkt. 13),

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE and CLOSED. All pending motions are deemed moot.

2. Each party will bear their own costs and attorney's fees.

DATED: February 25, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1